# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**NATHANIEL PLOWDEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1803

[June 17, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case No. 561991CF000206A.

Nathaniel Plowden, Avon Park, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***